# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| **VIVOS ACQUISITIONS, LLC.** : | |
| : | |
| **Plaintiff** : | |
| : | |
| v. : | Civil Action No. 1:19-cv-01606-RDA-TCB |
| : | |
| **HEALTH CARE RESOURCE** : | |
| **NETWORK, LLC,** : | |
| **LAURA BANKEROFF, and** : | |
| **JOANN KOUTSIOUSKIS** : | |
| : | |
| **Defendants** : | |
| : | |

## DEFENDANT HEALTHCARE RESOURCE NETWORK, LLC'S
## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Civil Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for defendant, Healthcare Resource Network, LLC ("HCRN"), in the above captioned action, certifies that (a) there are no parents, subsidiaries and/or affiliates of HCRN that have issued stock or debt securities to the public, and (b) the owners of HCRN are the other defendants in this action: Laura Bankeroff and Joann Koutsioukis.

Dated:  December 26, 2019			Respectfully submitted,

					HEALTHCARE RESOURCE NETWORK, LLC
					*By Counsel*

					       /s/ Stuart A. Schwager
					Stuart A. Schwager (Va. Bar No. 36204)
					LERCH, EARLY & BREWER, CHARTERED
					7600 Wisconsin Avenue, Suite 700
					Bethesda, MD 20814
					(301) 347-1271 (Phone)
					(301) 347-1521 (Facsimile)
					saschwager@lerchearly.com