**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**VIVOS ACQUISITIONS, LLC,**

            Plaintiff,

v.                                Case No. 1:19-cv-01606-RDA-TCB

**HEALTH CARE RESOURCE**
**NETWORK, LLC**, EL AL.

            Defendants.

**VIVOS ACQUISITIONS, LLC'S MOTION TO COMPEL DISCOVERY AND**
**MOTION FOR FOR DISCOVERY SANCTIONS**

(No Discovery Responses Received Whatsoever)

Plaintiff, Vivos Acquisitions, LLC ("Vivos" and/or "Plaintiff"), by and through undersigned counsel, pursuant to Fed. R. Civ. P. 37 and Local Rule 37 files this motion to compel discovery and motion for discovery sanctions against Defendants Health Care Resource Network, LLC ("HCRN") and Laura Bankeroff, ("Bankeroff") due to their failure to provide *any* discovery responses or objections to the Plaintiff's discovery served on March 6, 2020, for the reasons stated in the contemporaneously filed memorandum, which is incorporated by reference, including:

1.      Defendants' answers to the respective interrogatories and document requests was due April 11, 2020.  However, to date nothing has been received, despite two letters and a phone conference with counsel seeking compliance.

2.      Thus, at minimum, Plaintiff respectfully contends that the Court should compel Defendants to respond to discovery.

3.      Plaintiff also respectfully contends that the Court should impose discovery sanctions pursuant to Rule 37(d)(1)(A)(ii).

4.      Defendants should be required to pay reasonable expenses in making and prosecuting this motion, including attorney's fees.

5.      A certification of good-faith efforts is attached to this motion.

WHEREFORE, Plaintiff respectfully requests that this Court impose discovery sanctions upon Defendants Health Care Resource Network, LLC and Laura Bankeroff, including such terms as set forth in the proposed order filed herewith, and/or to issue an order compelling said Defendants provide full and complete answers to Plaintiff's First Set of Interrogatories directed to them, respectively, and that Defendant Health Care Resource Network, LLC provide full and complete responses and production of documents to Plaintiff's First Set Of Requests For Production Of Documents directed to it; that the Court award Plaintiff its reasonable expenses in making this motion, including attorney's fees, and for such other relief as may be just and proper.

**VIVOS ACQUISITIONS, LLC**
*By counsel*

*/s/ Elias G. Saboura-Polkovotsy, Esq.*
Elias G. Saboura-Polkovotsy, Esq.
VSB No. 72256
SABOURA, GOLDMAN & COLOMBO, P.C.
11200 Rockville Pike, Suite 405
N. Bethesda, Maryland 20852
esaboura@sabouralaw.com
Direct: (301) 245-3234
Facsimile: (301) 881-8885
*Counsel for Plaintiff*

*/s/ Bizhan Beiramee, Esq.*
Bizhan Beiramee, Esq. VSB No. 50918
BEIRAMEE LAW GROUP, P.C.
7598 Wisconsin Avenue, Second Floor
Bethesda, MD  20814
bbeiramee@beiramee.com

2

Phone: (301) 547-3805
Fax: (703) 483-9599
*Co-counsel for Plaintiff*

### CERTIFICATION OF GOOD FAITH EFFORTS

I hereby certify that I have in good faith attempted to confer with opposing counsel/party to resolve the foregoing dispute without court action. Said efforts include those described in the attached memorandum, including correspondence to Defendant's which are attached as Exhibit D and Exhibit E to the memorandum in support of this motion to compel and for discovery sanctions, and a conference call with Defendants counsel on May 20, 2020, which was unable to resolve the outstanding dispute without court intervention.

*/s/ Bizhan Beiramee, Esq.*
Bizhan Beiramee, Esq. VSB No. 50918
BEIRAMEE LAW GROUP, P.C.
7598 Wisconsin Avenue
Second Floor
Bethesda, MD  20814
bbeiramee@beiramee.com
Phone: (301) 547-3805
Fax: (703) 483-9599
*Co-counsel for Plaintiff*

3

### CERTIFICATES OF SERVICE FOR DOCUMENTS FILED USING CM/ECF

I hereby certify that on January 13, 2019, I electronically filed the foregoing with the Clerk

of the Court by using the CM/ECF system, which will then send notification of such filing (NEF)

to the following:

> Stuart A. Schwager (VSB #36204)
> Stuart A. Berman (*pro hac vice*)
> **LERCH, EARLY & BREWER, CHTD.**
> 7600 Wisconsin Avenue, Suite 700
> Bethesda, MD 20814
> (301) 347-1271 (p
> (301) 347-1521 (f)
> *saschwager@lerchearly.com*
> *saberman@lerchearly.com*
>
> Counsel for Defendants Health Care Resource Network, LLC, Laura Bankeroff, and Joann Koutsioukis

> /s/ *Bizhan Beiramee, Esq.*
> Bizhan Beiramee, Esq. VSB No. 50918
> BEIRAMEE LAW GROUP, P.C.
> 7598 Wisconsin Avenue, Second Floor
> Bethesda, MD  20814
> bbeiramee@beiramee.com
> Phone: (301) 547-3805
> Fax: (703) 483-9599
> *Co-counsel for Plaintiff*

4