

7508 Wisconsin Avenue
Second Floor
Bethesda, Maryland 20814
(301) 547-3805
Fax (703) 483-9599

**Bizhan Beiramee, Esq.**
bbeiramee@beiramee.com

*Admitted in Maryland, Virginia
and the District of Columbia*

**VIA EMAIL**

May 1, 2020

Stuart A. Schwager, Esq.
Stuart A. Berman, Esq.
LERCH, EARLY & BREWER, CHTD.
7600 Wisconsin Avenue, Suite 700
Bethesda, MD 20814
(301) 347-1271 (p
(301) 347-1521 (f)
saschwager@lerchearly.com
saberman@lerchearly.com

Re:    *Vivos Acquisitions, LLC v. Health Care Resource Network, LLC et al.*
       1:19-cv-01606-RDA-TCB

Dear Counsel:

As you know, this office represents Plaintiff Vivos Acquisitions, LLC in the above-referenced matter, wherein you represent Defendants Health Care Resource Network, LLC ("HCRN"), Laura Bankeroff, and Joann Koutsioukis.

On March 20, 2020, we propounded the following discovery: (i) Plaintiff Vivos Acquisitions, LLC's First Set Of Requests For Production Of Documents To Defendant HCRN; (ii) Plaintiff Vivos Acquisitions, LLC's First Set Of Interrogatories To Defendant HCRN; and (iii) Plaintiff Vivos Acquisitions, LLC's First Set Of Interrogatories To Defendant Laura Bankeroff, copies of which are attached hereto. These documents were hand served to your office (with courtesy copies via email and first-class mail).

By our calculations, Defendant's answers and responsive documents were due on April 11, 2020. As of this date, however, we have received no answers to the interrogatories or documents in response to our requests for production. Nor were any objections been made to the propounded discovery, which have therefore been waived. We expect to receive full and complete answers and responsive documents by noon on Thursday, May 7, 2020.

If there is any reason why such answers and documents cannot be produced by such time, then pursuant to Local Civil Rule 37, we would like to set a telephone conference for May 7, 2020 at 3:00 p.m. to address your clients' inability to comply with their discovery obligations.

MARYLAND  ♦  VIRGINIA  ♦  WASHINGTON, D.C.



This is a good-faith effort to resolve a discovery issue.  Please note that that my client expressly reserves and does not waive any rights in connection with the propounded discovery, including the right to seek to compel and/or seek discovery sanctions as appropriate.  If you have any questions regarding the foregoing, please do not hesitate to contact me.  Thank you.

Sincerely,
*/s/*

Bizhan Beiramee, Esq

cc:    Elias G. Saboura, Esq. (via email only)