

7508 Wisconsin Avenue
Second Floor
Bethesda, Maryland 20814
(301) 547-3805
Fax (703) 483-9599

**Bizhan Beiramee, Esq.**
bbeiramee@beiramee.com

*Admitted in Maryland, Virginia
and the District of Columbia*

**VIA EMAIL**

May 15, 2020

**SECOND NOTICE**

Stuart A. Schwager, Esq.
Stuart A. Berman, Esq.
LERCH, EARLY & BREWER, CHTD.
7600 Wisconsin Avenue, Suite 700
Bethesda, MD 20814
(301) 347-1271 (p
(301) 347-1521 (f)
saschwager@lerchearly.com
saberman@lerchearly.com

Re:     *Vivos Acquisitions, LLC v. Health Care Resource Network, LLC et al.*
        1:19-cv-01606-RDA-TCB

Dear Counsel:

As you know, this office represents Plaintiff Vivos Acquisitions, LLC in the above-referenced matter, wherein you represent Defendants Health Care Resource Network, LLC ("HCRN"), Laura Bankeroff, and Joann Koutsioukis.

This is our second letter seeking your clients compliance with its discovery obligations. As you know, on March 20, 2020, we propounded the following discovery: (i) Plaintiff Vivos Acquisitions, LLC's First Set Of Requests For Production Of Documents To Defendant HCRN; (ii) Plaintiff Vivos Acquisitions, LLC's First Set Of Interrogatories To Defendant HCRN; and (iii) Plaintiff Vivos Acquisitions, LLC's First Set Of Interrogatories To Defendant Laura Bankeroff.

Defendant's answers and responsive documents were due on April 11, 2020.  As a result of your failure to provide any response, we notified you by letter dated May 1, 2020 that had not received any answers to the interrogatories or documents in response to our requests for production.  Nor were any objections asserted.

In our letter dated May 1, 2020, we inquired as to your failure to respond to discovery, however, we have heard nothing from you.  However, your client has issued its own discovery and expects us to comply, which we have and continue to do so as required by the Rules.

MARYLAND     ♦     VIRGINIA     ♦     WASHINGTON, D.C.



Accordingly, we are available on Monday or Tuesday, May 17 or May 18, 2020, between 11:30 a.m. and 5:00 p.m to conduct a telephone conference to discuss this issue.  Please let us know what time works best for you during such periods.

Sincerely,
 */s/*

Bizhan Beiramee, Esq

cc:      Elias G. Saboura, Esq. (via email only)

MARYLAND     ♦     VIRGINIA     ♦     WASHINGTON, D.C.